AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Polster, Dan A. | U.S. Dist. Ct., ND Ohio | 04/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge--Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Judge <br> 18B Carl B. Stokes U.S. Court <br> Cleveland, Ohio 44133 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lifetime Trustee | Agnon School |
| 2. Lifetime Trustee | Siegal College of Jewish Studies |
| 3. Trustee | Jewish Education Center of Cleveland |
| 4. Trustee | ▓▓▓▓ trust |
| 5. Board of Directors | Federal Bar Assn (Cleveland chapter) |
| 6. Board of Directors | Mt. Sinai Health Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Park Synagogue (Stipend for teaching 10th grade Confirmation class) | $2,020.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Hahn, Loeser & Parks (law firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Money Market Funds (MLynch) | A | Interest | J | T | | | | | |
| 2. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 3. Baron Growth Fd | A | Dividend | J | T | | | | | |
| 4. Amer. Gr. Fd. of America | A | Dividend | | | Sold | 6/18 | J | A | |
| 5. Munder Midcap Core Fd. | A | Dividend | J | T | | | | | |
| 6. Alger Small Cap Growth | A | Dividend | J | T | | | | | |
| 7. Thornburg Intl Value Fd | A | Dividend | | | Sold | 6/18 | J | A | |
| 8. Eaton Vance Large Cap Fd | A | Dividend | J | T | | | | | |
| 9. Alabama Power Co. Pref. | B | Dividend | K | T | | | | | |
| 10. GNM P41107 bonds | B | Dividend | K | T | | | | | |
| 11. Blackrock Pfd Inc. Fd | A | Dividend | J | T | | | | | |
| 12. Templeton Global Bd Fd | A | Dividend | K | T | Buy | 6/18 | K | | |
| 13. Blackrock Inflation Fd | A | Dividend | K | T | Buy | 6/18 | K | | |
| 14. Hartford Floating Rate Fd | A | Dividend | J | T | Buy | 6/18 | J | | |
| 15. Putnam Floating Rate Fd | A | Dividend | J | T | Buy | 6/18 | J | | |
| 16. American Bond Fd | A | Dividend | | | Buy | 6/18 | K | | |
| 17. American Bond Fd | A | Dividend | | | Sold | 11/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosur | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Delaware Corp Bond Fd | A | Dividend | | | Buy | 6/18 | K | | |
| 19. Delaware Corp Bond Fd | A | Dividend | | | Sold | 11/16 | K | B | |
| 20. | | | | | | | | | |
| 21. Dreyfus Prem. Mun. Bd Fund | C | Dividend | K | T | | | | | |
| 22. Liberty Acorn Tr Fd | A | Dividend | K | T | | | | | |
| 23. Chevron/Texaco | A | Dividend | | | Sold | 11/24 | K | D | |
| 24. Wayne Cty Ohio Munic. Bonds | B | Interest | K | T | | | | | |
| 25. Hamilton County Sewer Bonds | A | Dividend | J | T | | | | | |
| 26. DWS High Inc. Trust (formerlyKemper High Inc. Trust | A | Dividend | J | T | Buy (add'l) | 4/6 | J | | |
| 27. Intel | A | Dividend | J | T | | | | | |
| 28. Parker Hannifin | A | Dividend | K | T | | | | | |
| 29. Liberty Global Inc. | A | Dividend | | | Sold | 7/2 | J | A | |
| 30. Rydell Rusell Top 50 | A | Dividend | J | T | | | | | |
| 31. Goldman Sachs Money Mkt | A | Dividend | K | T | | | | | |
| 32. Henderson Intl Opp Fd | A | Dividend | K | T | | | | | |
| 33. Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 34. Vanguard Mid-Cap Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Microsoft Corp. | A | Dividend | K | T | Buy | 7/2 | K | | |
| 36. | | | | | | | | | |
| 37. Tenneco common | A | Dividend | J | T | | | | | |
| 38. Embarq (spinoff) | A | Dividend | J | T | | | | | |
| 39. Transistor Devices common | A | Dividend | L | W | | | | | |
| 40. Transistor Devices common | A | Dividend | L | W | | | | | |
| 41. Japan Fund | A | Dividend | J | T | | | | | |
| 42. Vanguard Gund | A | Dividend | J | T | | | | | |
| 43. Unicorn (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 44. Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 45. National City Bank-check. | A | Interest | J | T | | | | | |
| 46. National City Bank-check | A | Interest | J | T | | | | | |
| 47. National City Bank--CD | A | Interest | J | T | | | | | |
| 48. National City Bank--CD | A | Interest | J | T | | | | | |
| 49. Ohio Savings - savings | A | Interest | J | T | | | | | |
| 50. IRA-Ohio Savings Bank (mut. fd.) | B | Dividend | K | T | | | | | |
| 51. IRA-Ohio Savings Bank (CD) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |
| 53. IRA-Prudential Equity Fd. | C | Dividend | K | T | | | | | |
| 54. 401(K) prof. managed | A | Dividend | N | T | | | | | |
| 55. HR 10 prof. managed | A | Dividend | N | T | | | | | |
| 56. | | | | | | | | | |
| 57. Money Market (MLynch) | A | Interest | J | T | | | | | |
| 58. Transistor Devices common | A | Dividend | L | W | | | | | |
| 59. Gabelli Utilities Fd | A | Dividend | J | T | | | | | |
| 60. Blackrock Global Alloc Fd | A | Dividend | | | Sold | 6/16 | K | A | |
| 61. American Gr. Fd of America | A | Dividend | | | Sold | 6/16 | J | A | |
| 62. MFS Intl New Disc Fd | A | Dividend | | | Sold | 6/16 | J | A | |
| 63. Wells Fargo Govt Fd | A | Dividend | | | Sold | 6/16 | J | A | |
| 64. State of Israel Bond | A | Interest | J | T | | | | | |
| 65. Ford common | A | Dividend | K | T | | | | | |
| 66. Visteon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 67. Citigroup (acq. Ford spinoff) | A | Dividend | J | T | | | | | |
| 68. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. Trust** (lines 72-140) | E | Int./Div. | P1 | T | | | | | |
| 72. State of Israel Bond | | | | | | | | | |
| 73. Tenneco common | | | | | | | | | |
| 74. Pactiv Corp | | | | | | | | | |
| 75. JPMorgan Chase | | | | | | | | | |
| 76. Sprint Corp | | | | | | | | | |
| 77. M.Lynch Money Market | | | | | | | | | |
| 78. U.S. GNM bonds | | | | | | | | | |
| 79. Ampal Israel Preferred | | | | | | | | | |
| 80. Ind. Dev. Bank of Israel Pref. | | | | | | | | | |
| 81. Amer New Persp Fd | | | | | Sold (part) | 11/16 | L | A | |
| 82. Amer Inc. Fd of Amer. | | | | | Sold (part) | 11/16 | K | A | |
| 83. American Washington Mut Fd | | | | | Sold (part) | 11/16 | J | A | |
| 84. Oakmark Intl Fund | | | | | | | | | |
| 85. Baron Growth Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain C de 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Amer. Growth Fd of America | | | | | Sold | 11/16 | K | A | |
| 87. CD Treasury Bank NA | | | | | Redeemed | 2005 | K | A | |
| 88. Hartford Floating Rt Fd | | | | | Buy (add'l) | 6/18 | J | A | |
| 89. GNM Bonds | | | | | | | | | |
| 90. Georgia Power Co. | | | | | | | | | |
| 91. Blackrock Inflation Fd | | | | | Buy | 11/16 | J | | |
| 92. Templeton Global Bond Fd | | | | | Buy | 11/16 | J | | |
| 93. Delaware Corp Bond Fd | | | | | Buy | 6/18 | J | | |
| 94. Delaware Corp Bond Fd | | | | | Sold | 11/16 | K | B | |
| 95. Putnam Floating Rate Bond Fd | | | | | Buy | 6/18 | J | | |
| 96. Pimco Total Ret Fd | | | | | Buy | 3/24 | K | | |
| 97. Amer. Bond Fd of America | | | | | Buy | 6/18 | J | | |
| 98. Amer. Bond Fd of America | | | | | Sold | 11/16 | J | A | |
| 99. Wells Fargo Govt Sec Fd | | | | | Buy | 6/18 | K | | |
| 100. Wells Fargo Govt Sec Fd | | | | | Sold | 11/16 | K | A | |
| 101. | | | | | | | | | |
| 102. Money Fund (Janney Adv) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Immunogen | | | | | Sold (part) | 1/08 | J | A | |
| 104. Immunogen | | | | | Sold (part) | 3/09 | J | A | |
| 105. Immunogen | | | | | Sold (part) | 4/15 | K | D | |
| 106. Immunogen | | | | | Sold (Part) | 6/26 | K | D | |
| 107. Immunogen | | | | | Sold | 10/07 | K | E | |
| 108. Epix Pharmaceuticals | | | | | Sold (Part) | 12/07 | J | A | |
| 109. Enbridge Energy Mgt LLC | | | | | | | | | |
| 110. Ibis Technologies Corp | | | | | | | | | |
| 111. Trailer Bridge Inc. | | | | | Buy (add'l) | 6/26 | K | | |
| 112. Accuray Corp. | | | | | Buy (add'l) | 4/15 | K | | |
| 113. Cogdell Spencer Inc. | | | | | | | | | |
| 114. Nicholas Financial Inc. | | | | | Buy (add'l) | 6/30 | K | | |
| 115. Nu Horizons Fleet Corp | | | | | Buy | 4/15 | K | | |
| 116. COM Devel. Intl | | | | | Buy | 10/17 | K | | |
| 117. | | | | | | | | | |
| 118. Money Market (Wachovia) | | | | | | | | | |
| 119. Laclede Gas common | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Nuveen Ohio Munic. Fd | | | | | | | | | |
| 121. Davis NY Venture Fd | | | | | | | | | |
| 122. Eaton Vance Tax Managed Gr. Fd (formerly Eat. Vance Marath. | | | | | | | | | |
| 123. Cedar Fair | | | | | | | | | |
| 124. American Express Co. | | | | | | | | | |
| 125. Chevron/Texaco | | | | | | | | | |
| 126. XTO Energy | | | | | | | | | |
| 127. Enterprise Products | | | | | Buy | 7/2 | K | | |
| 128. Franklin, Ohio Munic. Bond | | | | | | | | | |
| 129. Hewlett-Packard | | | | | | | | | |
| 130. Goldman Sachs Money Market | | | | | | | | | |
| 131. Caterpillar Inc | | | | | Buy | 11/24 | J | | |
| 132. Henderson Intl Opp. | | | | | | | | | |
| 133. IBM Corp | | | | | Buy | 7/2 | K | | |
| 134. Nustar Energy LLP (formerly Valero LP) | | | | | | | | | |
| 135. Petroleo Brasiliero (not sold in 2008) | | | | | | | | | |
| 136. Emerson Electric Co. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Costco Wholesale Corp | | | | | | | | | |
| 138. Vanguard Mid-Cap Fd | | | | | | | | | |
| 139. Cuyahoga Cty Cap Impt Bond | | | | | | | | | |
| 140. Embarq. (spinoff) | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. Positions

7. Board of Directors          Jewish Community Federation of Cleveland

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544